

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LLOYD CHARLES LANGSTON, | § | No. 08-12-00159-CR |
| Appellant, | § | Appeal from the |
| v. | § | 371st District Court |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
| Appellee. | § | (TC# 1249948D) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the judgment of conviction should be modified to reflect the applicable section of the Texas Penal Code as TEX. PENAL CODE ANN. § 46.02(a),(c). We therefore affirm the judgment of the trial court as modified. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF MARCH, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.